UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

MIGUEL GARCIA VILLEGAS
*on behalf of himself, FLSA Collective Plaintiffs and the Class,*
            Plaintiff,

v.

EXQUISITO RESTAURANT INC.
    d/b/a EXQUISITO,
COMPAS 1542 CORP,
    d/b/a EXQUISITO DOMINICAN RESTAURANT,
ARGENEDIS NUNEZ,

            Defendants.

Case No: 1:21-cv-00720 (ERK) (SJB)

**NOTICE OF MOTION FOR DEFAULT JUDGMENT**

---

**PLEASE TAKE NOTICE** that upon the Affirmation of Anne Seelig and the exhibits attached thereto, and upon all prior proceedings had herein, Plaintiff MIGUEL GARCIA VILLEGAS , hereby moves for an Order pursuant to Fed. R. Civ. P. 55(b)(2), granting Default Judgment in favor of Plaintiff and against Defendants EXQUISITO RESTAURANT INC. d/b/a EXQUISITO, COMPAS 1542 CORP d/b/a EXQUISITO DOMINICAN RESTAURANT and ARGENEDIS NUNEZ, together with such other relief as the Court deems just and proper.

Pursuant to Local Rule 55.2(b), attached to the Affirmation of Anne Seelig are copies of the Complaint, Affidavits of Service, Clerk's Certificate of Default, Plaintiff's Damage Calculation, and proposed Default Judgment.

Dated: New York, New York
      August 6, 2021        By:

LEE LITIGATION GROUP, PLLC
*/s/ Anne Seelig*
Anne Seelig, Esq. (AS 3976)
Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel: (212) 661-1008
Fax: (212) 465-1181
Email: anne@leelitigation.com

*Attorney for Plaintiff, FLSA Collective Plaintiffs and the Class*